UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON RIGSBY,<br><br>        Plaintiff,<br><br>    v.<br><br>NEWS NATION NETWORK PVT. LTD.,<br><br>        Defendant. | Case No. 25-cv-01545-HSG<br><br>**ORDER DENYING EX PARTE APPLICATION FOR ORDER AUTHORIZING ALTERNATIVE SERVICE**<br><br>Re: Dkt. No. 13 |

Plaintiff Aaron Rigsby initially filed this copyright case against Defendant News Nation Network PVT. LTD and unidentified Doe Defendants in February 2025. Dkt. No. 1. He amended the complaint in May. Dkt. No. 12 ("FAC"). Plaintiff alleges that News Nation "is a private limited company organized and existing under the laws of India," with its principal place of business in New Delhi. *See id.* at ¶ 5. Plaintiff filed an ex parte application for authorization to serve News Nation via email.[1] *See* Dkt. No. 13. Plaintiff notes that he already sent copies of the Summons and First Amended Complaint to the email addresses he identified, although he has not received a response. *See id.* at ii; Dkt. No. 13-3, Ex. 2.

As Plaintiff acknowledges, India is a signatory to the Hague Service Convention, which

---

[1] The Court notes that there are several similar cases in this district filed by different plaintiffs against News Nation. Counsel, who represents all these plaintiffs, has filed the same application for alternative service in each case. *See Hall v. News Nation Network Pvt. Ltd.*, Case No. 25-cv-01537-WHO, Dkt. No. 16; *Clement v. News Nation Network Pvt. Ltd.*, Case No. 25-cv-01540-WHO, Dkt. No. 12; *Maxwell Olson v. News Nation Network Pvt. Ltd.*, Case No. 25-cv-01544-SI, Dkt. No. 14; *Shelton v. News Nation Network Pvt. Ltd.*, 25-cv-01546-AMO, Dkt. No. 14; *Timmer v. News Nation Network Pvt. Ltd.*, Case No. 25-cv-01547-SI, Dkt. No. 17; *Gorman v. News Nation Network Pvt. Ltd.*, Case No. 25-cv-01542-JSW, Dkt. No. 16; *Whittaker v. News Nation Network Pvt. Ltd.*, Case No. 25-cv-01548-HSG, Dkt. No. 11; *Farrell v. News Nation Network Pvt. Ltd.*, Case No. 25-cv-01541-PCP, Dkt. No. 19; *Schyma v. News Nation Network Pvt. Ltd.*, Case No. 25-cv-01549-NW, Dkt. No. 16.

requires service of process through India's designated Central Authority. *See id.* at 3. Plaintiff has identified an address for the company in New Delhi, FAC at ¶ 5, but has not attempted service through the Central Authority. He cites a news article indicating that Indian courts are backlogged. *See* Dkt. No. 13 at ii, & n.2. From this, he suggests that the Central Authority must similarly be overwhelmed and that service could take years. *Id.*

Although the process to serve News Nation under the Convention may be time-intensive, the Court does not find this to be a sufficient reason to sidestep the Convention and permit alternative service under the circumstances. *See* Fed. R. Civ. P. 4(f)(1) (providing for service of an individual in a foreign country "by any internationally agreed means of service that is reasonably calculated to give notice, such as those authorized by the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents"). The Court therefore **DENIES** the motion for alternative service in its discretion. Dkt. No. 13. The Court further **DIRECTS** Plaintiff to file a status report of no more than five pages by September 5, 2025, detailing the status of his efforts to serve Defendant.

**IT IS SO ORDERED.**

Dated:    5/23/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge

2